UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NIKE, INC.,

                                    Plaintiff,

                -against-

EASTERN PORTS CUSTOM BROKERS, INC.,
and VARIOUS JOHN DOES, JANE DOES and
XYZ COMPANIES,

                                    Defendants.

Civil Action No.  11-cv-4390-CCC-JAD

**STIPULATION**

   **IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff Nike,

Inc. ("Nike"), and Defendant Eastern Ports Custom Brokers, Inc.  ("Eastern"), through their

respective counsel, that the time in which Eastern may move, answer or otherwise respond to

Plaintiff's Complaint is further extended to October 17, 2011.

Dated:  September 23, 2011

                                    Respectfully submitted,


OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By:   Safia A. Anand

    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    Tel.: (212) 451-2300
    Fax.: (212) 451-2222
    sanand@olshanlaw.com

*Attorneys for Plaintiff Nike, Inc.*


COWAN LIEBOWITZ & LATMAN, P.C.

By:   Carl R. Soller

    1133 Avenue of the Americas
    New York, New 10036-6799
    Tel.: (212) 790-9231
    crs@cll.com


*Attorneys for Defendant Eastern Ports
Custom Brokers, Inc.*


**SO ORDERED**

*s/Claire C. Cecchi*

Claire C. Cecchi, U.S.D.J.

**Date:** September 26, 2011

1418891-1