# Exhibit A

(City Ocean)
Alice

# POWER OF ATTORNEY

I.R.S. NO. X 13-1780510
S.S.N. X

KNOW ALL MEN BY THESE PRESENTS that X SAINT-GOBAIN CERAMICS & PLASTICS
(Full Name of person, partnership, or corporation or sole proprietorship (identify))

Check appropriate box
☐ Individual
☐ Partnership
☒ Corporation
☐ Sole Proprietorship

a corporation doing business under the laws of the State of X MASSACHUSETTS, residing at _____

doing business as _____

having an office and place of business at X 9 GODDARD RD., NORTHBOROUGH, MA 01532, hereby constitutes and appoints each of the following persons

EASTERN PORTS CUSTOMS BROKERS, 160-23 ROCKAWAY BLVD., JAMAICA, N.Y. 11463
(Give full name of each agent designated)

as a true and lawful agent and attorney of the grantor named above for and in the name, place, and stead of said grantor from this date and in all Customs Districts, and in no other name, to make, endorse, sign, declare, or swear to any entry, withdrawal, declaration, certificate, bill of lading, carnet or other document required by law or regulation in connection with the importation, transportation or exportation of any merchandise shipped or consigned by or to said grantor; to perform any act or condition which may be required by law or regulation in connection with such merchandise; to receive any merchandise deliverable to said grantor;

To make endorsements on bills of lading conferring authority to transfer title, make entry or collect drawback, and to make, sign, declare, or swear to any statement, supplemental statement, schedule, supplemental schedule, certificate of delivery, certificate of manufacture, certificate of manufacture and delivery, abstract of manufacturing records, declaration of proprietor on drawback entry, declaration of exporter on drawback entry, or any other affidavit or document which may be required by law or regulation for drawback purposes, regardless of whether such document is intended for filing in any customs district.

To sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading, unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930 as amended, or affidavits in connection with the entry of merchandise;

To sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering, clearing, lading, unlading or operation of any vessel or other means of conveyance owned or operated by said grantor;

To authorize other Customs Brokers to act as grantor's agent; to receive, endorse and collect checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the United States; if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor.

And generally to transact at the customhouses in any district any and all customs business, including making, signing, and filing of protests under section 514 of the Tariff Act of 1930, in which said grantor is or may hereafter be concerned or interested and which may properly be transacted or performed by an agent and attorney, giving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by virtue of these presents; the foregoing power of attorney to remain in full force and effect until the _____ day of _____, _____ or until notice of revocation in writing is duly given to and received by a District Director of Customs. If the donor of this power of attorney is a partnership, the said power shall in no case have any force after _____ years from the date of its execution.

IN WITNESS WHEREOF, the said _____
has caused these presents to be sealed and signed (Signature) X Bernard Field
(CORPORATE OFFICER)

WITNESS X BERNARD FIELD
(Corporate Seal)
CORPORATE SECRETARY
(Date) X 12/16/08

## INDIVIDUAL OR PARTNERSHIP CERTIFICATION

CITY_____  SS:
COUNTY_____
STATE_____

On this _____ day of _____, 20_____, personally appeared before me _____

residing at _____, personally known or sufficiently certified to me, who

certifies that _____ (is) (are) the individual(s) who executed the foregoing instrument and acknowledge

it to be _____ his act and deed.

_____
(Notary Public)

## CORPORATE CERTIFICATION

x BERNARD FIELD _____ certify that I am the  x CORPORATE SECRETARY of
x SAINT GOBAIN CERAMICS & PLASTICS _____ organized under the laws of the State of _____ that
_____ who signed this power of attorney on behalf of the donor, is the
_____ of said corporation; and that said power of attorney was duly signed, and attested for and in

behalf of said corporation by authority of its governing body as the same appears in a resolution of the Board of Directors passed at a regular
meeting held on the _____ day of _____ 20_____, now in my possession or custody. I further certify
that the resolution is in accordance with the articles of incorporation and bylaws of said corporation and was executed in accordance with
the laws of the State or Country of incorporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said corporation, at the City of _____
this_____ day of _____ 20_____

x _Bernard Field_                                      x  12/16/2008
   (Signature)                                              (date)