# Proof of Service
## US UNITED STATES DISTRICT COURT - DISTRICT OF NEW JERSEY
## 2:11-CV-04390-CCC-JAD

I declare under penalty of perjury that on NOVEMBER 18, 2011 at 1:37 PM I served the SUMMONS ON A THIRD-PARTY COMPLAINT, ANSWER TO COMPLAINT AND THIRD PARTY COMPLAINT on CITY OCEAN LOGISTICS CO., LTD. at 485A ROUTE 1 SOUTH, SUITE 330, ISELIN, NJ 08830 by (3):

(1) personally delivering a copy of each to _____ at _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age or discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is AVA LIN, BRANCH MANAGER; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify)

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: NOVEMBER 18, 2011

Server's signature

JAMES REAP, Process Server
50 Main St., PO Box 632
Hackensack, NJ 07601