UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PORTS CUSTOM BROKERS, INC. and VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES, <br><br> Defendants. | Civil Action No. <br> 2:11-cv-4390 (CCC) (JAD) |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for pro hoc vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hoc vice in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Stephanie Boomershine

Address:  Holihan Law
          1101 North Lake Destiny Road, Suite 275
          Maitland, FL 32751

e-Mail:   stephanie.boomershine@holihanlaw.com
          (one email address only)

1524494-1