UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x

NIKE, INC.,　　　　　　　　　　　　　　　　　　　:

　　　　　　　Plaintiff,　　　　　　　　　　　　　　:

　　　-against-　　　　　　　　　　　　　　　　　　: Civil Action No. 2:11-CV-04390-CCC-JAD

EASTERN PORTS CUSTOM BROKERS, INC. and　　:
VARIOUS JOHN DOES, JANE DOES, and XYZ
COMPANIES,　　　　　　　　　　　　　　　　　　　: **CERTIFICATE OF SERVICE**

　　　　　　　Defendants.

------------------------------------------------------------ x

EASTERN PORTS CUSTOM BROKERS, INC.,　　　:

　　　　　　　Third-Party Plaintiff,　　　　　　　　　:

　　　-against-　　　　　　　　　　　　　　　　　　:

CHINA SHIPPING CONTAINER LINES CO., LTD.,　:
CITY OCEAN INTERNATIONAL INC., CITY
OCEAN LOGISTICS CO., LTD., and　　　　　　　　:
U.S. CUSTOMS AND BORDER PROTECTION,

　　　　　　　Third-Party Defendants.
------------------------------------------------------------ x

　　　I, J. Martin Noble, hereby certify under penalty of perjury that true and correct copies of the **ANSWER TO COMPLAINT AND THIRD PARTY COMPLAINT with EXHIBITS A and B** were served, pursuant to Federal Rule 4(i), by Certified Return Receipt mail, this 13th day of February, 2012, upon the following:

29354/001/1293242.1

| |
|---|
| Attn: Civil Process Clerk<br>U.S. Attorney's Office<br>Peter W. Rodino, Jr. Federal Building<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102 |
| Eric H. Holder, Jr.<br>Office of the Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20229 |

Dated:  New York, New York
       February 13, 2012

                                                _____
                                                J. Martin Noble