# Proof of Service
## US UNITED STATES DISTRICT COURT - DISTRICT OF NEW JERSEY
### 2:11-CV-04390-CCC-JAD

I declare under penalty of perjury that on JANUARY 13, 2012 at 4:55 PM I served the ANSWER AND THIRD PARTY COMPLAINT AND EXHIBITS on CHINA SHIPPING NORTH AMERICA (CSNA) at 11 PHILIPS PARKWAY, MONTVALE, NJ 07645 by (3):

(1) personally delivering a copy of each to _____ at _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age or discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is NANCY ZHANG, DIRECTOR OF CLAIMS; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify)

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: JANUARY 17, 2012

_____
Server's signature

DEBRA CALLAHAN, Process Server
50 Main St., PO Box 632
Hackensack, NJ 07601