```
-----------------------------------------------------------X
NIKE, INC.                                        :
                                                  :
              Plaintiff,                          :
                                                  :
        - against -                               :     Civil Action No.: 2:11-CV-4390
                                                  :     (CCC)(JAD)
EASTERN PORTS CUSTOM BROKERS, INC.                :
and VARIOUS JOHN DOES, JANE DOES, and             :
XYZ COMPANIES,                                    :
                                                  :
              Defendants.                         :
-----------------------------------------------------------X
EASTERN PORTS CUSTOM BROKERS, INC.                :     CHINA SHIPPING CONTAINER
                                                  :     LINES CO., LTD.'S STATEMENT
              Third Party Plaintiff,              :     PURSUANT TO F.R.C.P. 7.1
                                                  :
        - against -                               :
                                                  :
CHINA SHIPPING CONTAINER LINES CO.,               :
LTD., CITY OCEAN INTERNATIONAL INC.,              :
CITY OCEAN LOGISTICS CO., LTD., and               :
U.S. CUSTOMS AND BORDER PROTECTION,               :
                                                  :
              Third Party Defendants.             :
-----------------------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Defendant CHINA SHIPPING CONTAINER LINES CO. LTD. certifies that

the following are corporate parents, or publicly held corporations owning 10% or more of its

stock:

NONE.

Dated:        February 29, 2012

The Third Party Defendant,
CHINA SHIPPING CONTAINER
LINES CO. LTD.

By: _David Donald Gabel_ (signature)

David Donald Gabel
The Law Office of Doyle & Doyle
636 Morris Turnpike
Short Hills, New Jersey 07078
(973)467-4433
(973)467-1199 fax
dgabel@doylelaw.net


/s/ *Patrick F. Lennon*
Patrick F. Lennon
LENNON, MURPHY, CAULFIELD
& PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050-phone
(212) 490-6070-fax
PLennon@LMCPLegal.com

## AFFIRMATION OF SERVICE

I hereby certify that on February 29, 2012 a copy of the foregoing **F.R.C.P. 7.1**

**DISCLOSURE STATEMENT** was filed electronically and served by mail on anyone unable to

accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of

the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF

system.

David Donald Gabel
The Law Office of Doyle & Doyle
636 Morris Turnpike
Short Hills, New Jersey 07078
(973)467-4433
(973)467-1199 fax
dgabel@doylelaw.net