Carl R. Soller (crs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
*Attorneys for Defendant Eastern Ports Custom Brokers, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------- x

NIKE, INC.,                                        :

              Plaintiff,          :       Civil Action No. 2:11-CV-04390-CCC-JAD

   -against-                                  :

EASTERN PORTS CUSTOM BROKERS, INC. and    :
VARIOUS JOHN DOES, JANE DOES, and XYZ              **NOTICE OF PARTIAL**
COMPANIES,                                 :      **DISMISSAL UNDER**
                                                  **FEDERAL RULE 41(a)**
            Defendants.

----------------------------------------------------------------- x

EASTERN PORTS CUSTOM BROKERS, INC.,        :

        Third-Party Plaintiff,              :

   -against-                                  :

CHINA SHIPPING CONTAINER LINES CO., LTD.,  :
CITY OCEAN INTERNATIONAL INC., CITY
OCEAN LOGISTICS CO., LTD., and             :
U.S. CUSTOMS AND BORDER PROTECTION,

       Third-Party Defendants.
----------------------------------------------------------------- x

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff Eastern Ports Custom Brokers, Inc. hereby voluntarily dismisses the Third-Party

Complaint with prejudice solely against Third-Party Defendant U.S. Customs and Border Protection.

Dated: New York, New York
April 20, 2012

           Respectfully submitted,

           COWAN, LIEBOWITZ & LATMAN, P.C.

           By:   /s/ Carl R. Soller
                Carl R. Soller

           1133 Avenue of the Americas
           New York, New York 10036
           (212) 790-9200
           crs@cll.com
           *Attorneys for Defendant Eastern Ports Custom Brokers, Inc.*