Carl R. Soller (crs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
*Attorneys for Defendant Eastern Ports Custom Brokers, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------- x

NIKE, INC.,                                         :

            Plaintiff,           :  Civil Action No. 2:11-CV-04390-CCC-JAD

   -against-                                       :

EASTERN PORTS CUSTOM BROKERS, INC. and    :  **CERTIFICATE OF SERVICE**
VARIOUS JOHN DOES, JANE DOES, and XYZ         **REGARDING NOTICE OF**
COMPANIES,                                       :  **PARTIAL DISMISSAL UNDER**
                                                    **FEDERAL RULE 41(a)**
           Defendants.

------------------------------------------------------------- x

EASTERN PORTS CUSTOM BROKERS, INC.,       :

       Third-Party Plaintiff,                :

   -against-                                       :

CHINA SHIPPING CONTAINER LINES CO., LTD., :
CITY OCEAN INTERNATIONAL INC., CITY
OCEAN LOGISTICS CO., LTD., and                  :
U.S. CUSTOMS AND BORDER PROTECTION,

       Third-Party Defendants.
------------------------------------------------------------- x

      The undersigned hereby certifies that, on April 20, 2012, a true and correct copy of

Eastern Ports Custom Brokers, Inc.'s Notice of Partial Dismissal Under Federal Rule 41(a) [Dkt.

29354/000/1307362.1

No. 33] was filed through the CM/ECF filing system and also caused to be served by First Class Mail, postage prepaid, on:

>Susan Handler-Menahem
>Assistant U.S. Attorney
>U.S. Attorneys Office
>970 Broad Street, Suite 700
>Newark, N.J. 07102
>*Attorneys for U.S. Customs and Border Protection*

Dated:  April 20, 2012

>     /s/ Carl R. Soller     
>Carl R. Soller

>COWAN, LIEBOWITZ & LATMAN, P.C.
>1133 Avenue of the Americas
>New York, New York 10036
>(212) 790-9200
>crs@cll.com
>*Attorneys for Defendant Eastern Ports Custom Brokers, Inc.*

2

29354/000/1307362.1