**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC.,<br><br>      **Plaintiff,**<br><br>v.<br><br>EASTERN PORTS CUSTOM BROKERS, INC.,<br><br>      **Defendant.** | Civil Action No. 2:11-cv-04390 (CCC) (JAD)<br><br>**ORDER** |

This matter comes before the Court upon informal application by counsel for defendant Eastern Ports Custom Brokers, Inc. ("Defendant") to withdraw as counsel for Defendant with Defendant's consent. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard. Upon consideration of the parties' submissions, and for the reasons stated in this Court's Opinion filed on this day,

IT IS on this ___ day of April, 2013

**ORDERED** that counsel for Defendant's application to withdraw as counsel is **granted**; and

**IT IS FURTHER ORDERED** Defendant shall retain new counsel within thirty (30) days of this Order. If Defendant fails to retain new counsel within such time, appropriate sanctions may result, up to and including a default judgment being entered against it.

SO ORDERED

/s/ Joseph A. Dickson
Joseph A. Dickson, U.S.M.J.

cc:    Honorable Claire C. Cecchi, U.S.D.J.