WANG, GAO & ASSOCIATES, P.C.
36 Bridge Street
Metuchen, NJ 08840
Telephone: (732) 767-3020
Facsimile:   (732) 343-6880

*Attorneys for Third Defendants*
*City Ocean Logistics Co. Ltd., and*
*City Ocean International, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC., | : |
|                 Plaintiff, | : Civil Action No.<br>: 2:11-CV-04390-CCC-JAD |
|     -against-. | : **NOTICE OF APPEARANCE ON** |
| | : **BEHALF OF CITY OCEAN** |
| EASTERN PORTS CUSTOM BROKERS, INC. | : **LOGISTICS CO. LTD AND** |
| and VARIOUS JOHN DOES, JANE DOES, | : **CITY OCEAN INTERNATIONAL** |
| and XYZ COMPANIES | : **INC.** |
|                 Defendants, | : |
| ---------------------------------------------------------- | : |
| EASTERN PORTS CUSTOM BROKERS, INC. | : |
|                 Third-Party Plaintiff, | : |
|     -against- | : |
| CHINA SHIPPING CONTAINER LINES CO., | : |
| LTD., CITY OCEAN INTERNATIONAL INC. | : |
| CITY OCEAN LOGISTICS CO., LTD., and | : |
| U.S. CUSTOMS AND BORDER | : |
| PROTECTION | : |
|                 Third-Party Defendants. | : |

    1.        Christian Oehm, an attorney duly admitted to the bar of this Court,

hereby enters his appearance on behalf of third-party defendants CITY

OCEAN INTERNATIONAL INC., and CITY OCEAN LOGISTICS CO., LTD.

Dated: June 24, 2013

/S/Christian Oehm_____
Christian Oehm, Esq. (CO2182)
Wang, Gao & Associates, P.C.

*Attorneys for Third Party Defendant
City Ocean Logistics, Co. Ltd. and
City Ocean International, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I caused a true copy of the foregoing Notice of Appearance on behalf of CITY OCEAN LOGISTICS CO. LTD and CITY OCEAN INTERNATIONAL, INC. to be served via ECF upon all parties receiving such notice.

By: /s/ Christian Oehm
_____
Christian Oehm, Esq.