UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NIKE, INC.,** <br><br> Plaintiff, <br><br> v. <br><br><br> **EASTERN PORTS CUSTOM BROKERS, INC., CITY OCEAN INTERNATIONAL, INC., AND CITY OCEAN LOGISTICS, LTD.,** <br><br> Defendants. | Civil Action No. 11-4390 (CCC) <br><br><br><br> <u>ORDER</u> |

    **At** the request of counsel via letter dated February 18, 2014, the in-person conference scheduled for May 6, 2014, is hereby rescheduled for **March 19, 2014**, at **10:00 a.m.** The remainder of the February 18th Order (CM/ECF No. 113) is incorporated herein and remains in effect.

                                                s/Mark Falk
                                                **MARK FALK**
                                                **United States Magistrate Judge**

**DATED: February 19, 2014**