

**Szaferman Lakind Blumstein & Blader PC**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Tel: 609.275.0400
Fax: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++ +++
Michael R. Paglione[2]
Lionel J. Frank[1]
Jeffrey K. Epstein+
Stuart A. Tucker
Daniel S. Sweetser[2]
Robert E. Lytle
Janine G. Bauer[1, 2, 4]
Daniel J. Graziano, Jr.
Nathan M. Edelstein[1]
Ryan A. Marrone
Bruce M. Sattin[1, 2]
Gregg E. Jaclin[1]
Robert P. Panzer

Of Counsel
Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Robert A. Gladstone
Janine Danks Fox[2]
Richard A. Catalina, Jr. (45,372)[2,3,6]
Eric M. Stein[1]

Robert G. Stevens, Jr.[1]
Michael D. Brottman[1]
Tracey C. Hinson[1]
Benjamin T. Branche[1, 2, 3, 4, 5]
Lindsey Moskowitz Medvin[1]
Mark A. Fisher
Robert L. Lakind[1, 2]
Thomas J. Manzo[1]
Melissa Ruff
Jamie Yi Wang[7]
Bella Zaslavsky[1]
Blake J. Baron
Kathleen O'Brien

+Certified by the Supreme Court of New Jersey as a Matrimonial Attorney
++Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+++Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney
[1] Also Admitted in New York
[2] Also Admitted in Pennsylvania
[3] Also Admitted in the District of Columbia
[4] Also Admitted in Florida
[5] Also Admitted in Maryland
[6] Registered Patent Attorney with the United States Patent and Trademark Office
[7] Admitted in New York only

Tuesday, February 18, 2014

**VIA ECF and FACSIMILE**

Hon. Mark Falk, U.S.M.J.
Frank R. Lautenberg U.S. P.O. & Courthouse
Room 457
1 Federal Square
Newark, New Jersey 07102

**RE:** *NIKE, INC. V. EASTERN PORTS CUSTOM BROKERS, INC., ET AL*
Civil Action No. 2:11-CV-04390-CCC-MF

Dear Magistrate Falk:

   This firm represents defendants/third party defendants City Ocean International, Inc. ("International") and City Ocean Logistics, Co., LTD. ("Logistics") (collectively, "City Ocean") in the above matter. Please accept this joint submission on behalf of City Ocean and Mike Holihan, Esq., lead counsel to plaintiff Nike, Inc. ("Nike"), regarding the settlement conference scheduled today by the Court for May 16, 2014.

   As the Court is aware, Logistics has been making efforts for a representative from the company (located in the People's Republic of China) to obtain permission to travel to the U.S. for the conference. I have been advised that approval has been granted, and Marco Hu, Deputy CEO of Logistics, will be in the U.S. from mid-March until the end of the month. After that, he needs to travel back to China. I have communicated this fact with Mr. Holihan and he has advised that both he and the client representative from Nike will also be available during that time period. In addition, after receiving notice today of the scheduled settlement conference for May 6, 2014, Mr. Holihan advised me he will be travelling on a long-scheduled family vacation on that date. While he offered to try to change plans, I suggested that we attempt to resolve the settlement conference date by raising the matter with the Court, to which Mr. Holihan agreed.



Hon. Mark Falk, U.S.M.J.
Tuesday, February 18, 2014
Page 2 of 2

Based on the foregoing circumstances, all parties are requesting that the conference be scheduled earlier – the last two weeks of March 2014 – in order to accommodate the various schedules, including Mr. Hu's travel from China and Mr. Holihan's planned family vacation.

If this issues is best resolved by way of a conference call, this office would be more than happy to arrange the call this afternoon or at any other time convenient to the Court. I will follow-up this afternoon with the Court's law clerk in this regard.

    Respectfully submitted,

    */s/ Richard A. Catalina, Jr.*

    RICHARD A. CATALINA, JR.

RAC:amd

cc:    All Counsel of Record via ECF (Mr. Holihan, Esq., also via email)