JEFFREY P. BLUMSTEIN, ESQ. (JB 2727)
(NJ ATTY ID NO.: 002051974)
SZAFERMAN LAKIND BLUMSTEIN & BLADER PC
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
609.275.0400
ATTORNEY FOR DEFENDANTS
    CITY OCEAN INTERNATIONAL, INC. AND
    CITY OCEAN LOGISTICS, CO., LTD

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>EASTERN PORTS CUSTOM BROKERS, INC.; CITY OCEAN INTERNATIONAL, INC.; CITY OCEAN LOGISTICS, CO., LTD. and VARIOUS JOHN DOES, JANE DOES and XYC COMPANIES,<br><br>                 Defendants. | Civil Action<br>No. 2:11-cv-04390-CCC-MF<br><br>NOTICE OF APPEARANCE |
| EASTERN PORTS CUSTOM BROKERS, INC.,<br><br>                 Third-Party Plaintiff,<br><br>v.<br><br>CHINA SHIPPING CONTAINER LINES CO., LTD., CITY OCEAN INTERNATIONAL, INC., CITY OCEAN LOGISTICS CO., LTD., AND U.S. CUSTOMS AND BORDER PROTECTION,<br><br>                 Third-Party Defendants. | |

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter on behalf of Defendants City Ocean International, Inc. and City Ocean

1044118.1

Logistics Co., Ltd.

                        SZAFERMAN, LAKIND,
                         BLUMSTEIN & BLADER, P.C.
                        Attorney for Defendants,
                        City Ocean International, Inc. and
                        City Ocean Logistics Co., Ltd.

BY: _____
       Jeffrey P. Blumstein, Esq. (JB 2727)
       Szaferman, Lakind, Blumstein & Blader, P.C.
       101 Grovers Mill Road, Suite 200
       Lawrenceville, New Jersey 08648
       Telephone: 609.275.0400
       Email: jblumstein@szaferman.com

Dated:   February 24, 2014

1044118.1

## CERTIFICATION OF SERVICE

I hereby certify that on February 24, 2014, I caused to be served a true and correct copy of the Notice of Appearance on behalf of Defendants City Ocean International, Inc. and City Ocean Logistics Co., Ltd., upon all counsel of record by electronic mail.

                SZAFERMAN, LAKIND,
                 BLUMSTEIN & BLADER, P.C.
                Attorney for Defendants,
                City Ocean International, Inc. and
                City Ocean Logistics Co., Ltd.

BY: _____
                Jeffrey P. Blumstein, Esq. (JB 2727)
                Szaferman, Lakind, Blumstein & Blader, P.C.
                101 Grovers Mill Road, Suite 200
                Lawrenceville, New Jersey 08648
                Telephone: 609.275.0400
                Email: jblumstein@szaferman.com