# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: SANAND@OLSHANLAW.COM
DIRECT DIAL: 212.451.2393

October 30, 2014

<u>VIA ECF & FIRST CLASS MAIL</u>

Hon. James B. Clark
United States Magistrate Judge
United States District Court
 District of New Jersey
USPO & Courthouse
1 Federal Square, Room 457
Newark, NJ 07101
Fax: (973) 645-3020

        Re:    *Nike, Inc. v. Eastern Ports Custom Brokers, Inc., et al.*
              No. 11-CV-4390 (CCC)(JBC)

Dear Judge Clark:

      We represent Plaintiff NIKE, Inc. in the above-referenced action. We are writing jointly with Defense counsel for City Ocean International, Inc. and City Ocean Logistics Co, Ltd. to request a thirty day extension on all deadlines currently set forth in the summary judgment briefing schedule.

      The current briefing schedule sets a November 5, 2014 deadline for moving briefs, a December 5, 2014 deadline for opposition briefs, and a January 6, 2015 deadline for reply briefs. The motions are returnable on January 19, 2015. However, the parties are respectfully requesting that the briefing schedule be amended as follows:

      1. Moving briefs shall be due no later than **December 5, 2014**.

      2. Opposition briefs shall be due no later than **January 9, 2014**.

      3. Any reply briefing shall be due no later than **February 10, 2015**.

      4. The motions shall be made returnable by the Clerk of the Court on **February 17, 2015**.

October 30, 2014
Page 2

We thank Your Honor for Your attention to this matter.

Respectfully submitted,

Safia A. Anand

cc: Michael Holihan (via Email)
Stephanie Boomershine (via Email)
Richard Catalina (via Email)

**SO ORDERED**
*s/James B. Clark*
**James B. Clark, U.S.M.J.**
**Date:** 11/3/14

2856133-1