RAC Jr (4462)
Civil Action No. 2:11-cv-04390-CCC-JBC

---

RICHARD A. CATALINA, JR., ESQ. (RC 4462)
SZAFERMAN LAKIND BLUMSTEIN & BLADER PC
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
609.275.0400
ATTORNEY FOR DEFENDANTS
  CITY OCEAN INTERNATIONAL,
  INC. AND
  CITY OCEAN LOGISTICS, CO., LTD

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC., <br><br>             Plaintiff, <br><br> v. <br><br> EASTERN PORTS CUSTOM BROKERS, INC.; CITY OCEAN INTERNATIONAL, INC.; CITY OCEAN LOGISTICS, CO., LTD. and VARIOUS JOHN DOES, JANE DOES and XYC COMPANIES, <br><br>             Defendants. | Civil Action <br> No. 2:11-cv-04390-CCC-JBC <br><br><br> CERTIFICATION OF SERVICE |
| EASTERN PORTS CUSTOM BROKERS, INC., <br><br>             Third-Party Plaintiff, <br><br> v. <br><br> CHINA SHIPPING CONTAINER LINES CO., LTD., CITY OCEAN INTERNATIONAL, INC., CITY OCEAN LOGISTICS CO., LTD., AND U.S. CUSTOMS AND BORDER PROTECTION, <br><br>             Third-Party Defendants. | |

I, MELISSA A. CHIMBANGU, Esq., am not a party to the above-entitled action

and am over the age of 18 years, and hereby certify under penalty of perjury that on

1558200.1

March 10, 2015, I caused to be served by first class mail Defendants', CITY OCEAN

INTERNATIONAL, INC. and CITY OCEAN LOGISTICS, CO., LTD, Opposition to

Plaintiff Nike's Objections and Motion to Strike the Declarations of Marco Hu and

Yushow Ava Lin Submitted in Support of the Defendants' Motions for Summary

Judgment together with accompanying documents, upon the following:

> Olshan Frome Wolosky LLP
> Safia A. Anand
> Park Avenue Tower, 65 East 55th Street
> New York, NY 10022
>
> Holihan Law
> Michael W.O. Holihan
> 1101 North Lake Destiny Road, Suite 275
> Maitland, FL 32751

Dated: March 10, 2015

_Melissa A. Chimbangu, Esq._