# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PORTS CUSTOM BROKERS, INC., et al., <br><br> Defendants. | Case No.: 2:11-CV-04390-CCC-JBC <br><br> **Notice of Settlement and Request for Dismissal with Prejudice** |

Nike, Inc. respectfully submits this Notice of Settlement to inform the Court that Nike and defendants City Ocean International, Inc. and City Ocean Logistics Co. have reached a settlement. As such, Nike requests that the Court dismiss Nike's amended complaint with prejudice.

Respectfully submitted this 3rd day of September, 2025.

DLA PIPER LLP (US)

By: _____MDH_____
　　　Michael D. Hynes

*Counsel for plaintiff Nike, Inc.*

BIRD, MARELLA, RHOW, LICENBERG, DROOKS & NESSIM, LLP

By: _____
　　　Paul S. Chan

*Counsel for defendant City Ocean*

SO ORDERED

　s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/4/2025